# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 9, 2018

## NO. 03-18-00101-CV

**B. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on January 12, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.